# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK MOORE,** | ] |
| **Plaintiff,** | ] |
| v. | ] |
| | ]   CV-11-BE-01000-S |
| **J & M TANK LINES, INC.,** | ] |
| **Defendant.** | ] |

## ORDER TO SHOW CAUSE

This matter is before the court on "Plaintiff's Counsel's Motion for Sanctions"(doc. 76). The court ORDERS Defendant to SHOW CAUSE in writing why the motion should not be granted as to Plaintiff's request for an award of attorneys' fees to his counsel for extra work caused by discovery abuses. Defendant must file a response on or before **November 8, 2012.**

DONE and ORDERED this 25th day of October, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE