# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**FREDERICK MOORE,**        ]
                            ]
    **Plaintiff,**    ]
                            ]
v.                          ]
                            ]    CV-11-BE-01000-S
**J & M TANK LINES, INC.,** ]
                            ]
    **Defendant.**    ]
                            ]
                            ]

## ORDER

    This matter is before the court on "Plaintiff's Counsel's Motion for Sanctions" (doc. 76) and Defendant's "Motion to Enforce October 18, 2012 Settlement Agreement" (doc. 87).  For the reasons stated in the Memorandum Opinion, filed contemporaneously with this Order, the court GRANTS the motion for sanctions, and DENIES the motion to enforce settlement.  The court cautions that this ruling does *not* mean that the settlement agreement is invalid; the settlement agreement *as stated on the record at the settlement conference* (Doc. 80, sealed) is valid and enforceable.

    The court ORDERS Plaintiff's counsel to provide the court, on or before **March 18, 2013,** with documents reflecting the time, or the best estimate of time, that counsel spent in attempting to respond to the surprise documents that the Defendant produced after the discovery deadline, in preparing the Plaintiff's motions for sanctions, and in making other efforts to obtain

Defendant's compliance with discovery requests and the Federal Rules of Civil Procedure.

DONE and ORDERED this 4th day of March, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE